| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

MOTION & ORDER
FOR ADMISSION *PRO HAC VICE*

United States Courts
Southern District of Texas
FILED
SEP 0 8 2003
Michael N. Milby, Clerk

| Division | HOUSTON | Action Number | H-03-2114 |
|---|---|---|---|

Walter Pendelton, Alice Pendelton, Robin Willis, Bertha Wolfe, Jimmy Lee Toliver, and Pendleton Chapel Babtist Church,

*versus*

City of Hempstead, Waller County, City Administrator James Vine, Mayor Hayden Berry, Mayor Pro-Term Larry Williams

This lawyer, who is admitted either to the State Bar of Texas and/or to another federal district court:

| | |
|---|---|
| Name | Kevin W. Cole |
| Firm | Cole & Powell, P.C. |
| Street | 400 West 15th Street, Suite 304 |
| City & Zip Code | Austin, Texas 78701 |
| Telephone | 512/482-0003   512/482-0013 Facsimile |
| Licensed: State & Number | TX 04544500 |
| Admitted US District Court for: | Western and Northern District |

Seeks to appear as the attorney for this party:

Waller County, Texas

| Dated: September 4, 2003 | Signed: *[signature]* |
|---|---|

ORDER

This lawyer is admitted *pro hac vice*.

United States Courts
Southern District of Texas
ENTERED
SEP 1 3 2003
Michael N. Milby, Clerk of Court

Signed on 9-13_____, 2003.

_____
United States District Judge

