United States Courts
Southern District of Texas
ENTERED

DEC 20 2004

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| WALTER PENDLETON, et al, | § |
| Plaintiffs | § § § |
| v. | § CIVIL ACTION NO. H-03-2114 |
| CITY OF HEMPSTEAD, et al, | § § § |
| Defendants. | § § |

## FINAL JUDGMENT

The court, having considered Defendant Waller County's Unopposed Motion to Reinstate Case and for Entry of Final Judgment ("the Motion"), is of the opinion that the Motion should be, and therefore is, GRANTED.

IT IS ORDERED that this case is REINSTATED for the limited purposes set forth herein.

IT IS FURTHER ORDERED, based on the parties' representation that a settlement agreement has been fully executed, that Plaintiffs' claims against the City of Hempstead, James Vine, Hayden Berry, and Larry Williams are DISMISSED WITH PREJUDICE.

IT IS FINALLY ORDERED that JUDGMENT is hereby ENTERED in favor of Waller County, Texas for the reasons set forth in this Court's order granting Waller County's motion to dismiss or for summary judgment [Docket Entry No. 69].

SIGNED this the 16th day of December, 2004.

Melinda Harmon
UNITED STATES DISTRICT JUDGE